IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT II, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | NO. 10-5510 |
| PENNSYLVANIA, et al., | : | |
|    Defendants. | : | |

## **ORDER**

AND NOW, this 8th day of October, 2013, upon consideration of "Defendants' Johnson, Turner-Childs, Brahl and Winterbottom's Motion for Reconsideration" (Doc. No. 60), and "Plaintiff's Response in Opposition to Defendants' Motion for Reconsideration" (Doc. No. 62), **IT IS HEREBY ORDERED** that Defendants' motion for reconsideration is **GRANTED**, and our September 18, 2013 order which **DENIED** "Defendants' Motion for Summary Judgment" (Doc. No. 55) is **REAFFIRMED AS DENIED**.

                                              BY THE COURT:

                                              /s/ David R. Strawbridge
                                              DAVID R. STRAWBRIDGE
                                              UNITED STATES MAGISTRATE JUDGE