IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT II, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | NO. 10-5510 |
| PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 14th day of August, 2014, upon consideration of "Defendant Brahl's Motion for Reconsideration of the Court's Order Denying Him Judgment as a Matter of Law on Plaintiff's First Amendment Retaliation Claim" and accompanying brief (Doc. No. 138); "Plaintiff's Response to Defendant Brahl's Motion for Reconsideration" (Doc. No. 144); "Plaintiff's Motion for Reconsideration" (Doc. No. 135) and supporting brief (Doc. No. 143); and "Defendants' Response to Plaintiff's Motion for Reconsideration" (Doc. No. 139), and for the reasons stated in our accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. "Defendant Brahl's Motion for Reconsideration of the Court's Order Denying Him Judgment as a Matter of Law on Plaintiff's First Amendment Retaliation Claim" (Doc. No. 138) is **DENIED**; and

2. "Plaintiff's Motion for Reconsideration" (Doc. No. 135) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE