IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT II, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | NO. 10-5510 |
| PENNSYLVANIA, et al., | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 30th day of October, 2018, upon consideration of Plaintiff's Motion Pursuant to Fed. R. Civ. P. 50(b) and 59 for a New Trial (Doc. 263) and Defendants' response (Doc. 266), and for the reasons set forth in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion **IS DENIED.**

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE