IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT II,  Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| COMMONWEALTH OF PENNSYLVANIA, et al.,  Defendants. | : : : | NO. 10-5510 |

## ORDER

**AND NOW**, this 17th day of January, 2020, upon review of Plaintiff's "Motion & Motion Affidavit for Recusal Under 455(a) and (b)," which was part of Doc. 278, and for the reasons set forth in the accompanying Memorandum and Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for recusal **IS DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE