IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT II, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | NO. 10-5510 |
| PENNSYLVANIA, et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 30th day of April, 2020, upon consideration of Plaintiff's petitions for counsel fee and costs, as supplemented (Docs. 173, 203, 251 & 272), Defendants' responses (Docs. 175, 211 & 277), Plaintiff's reply (Doc. 278), the exhibits appended to the parties' submissions, and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's petition for attorney's fees and costs **IS GRANTED IN PART**;

2. Plaintiff's counsel **IS AWARDED** $362,173.50 in fees and $9,680.31 costs, for a total of $371,853.81; and

3. The Commonwealth of Pennsylvania, on behalf of Defendants, **SHALL REMIT** this payment to the Law Office of Brian M. Puricelli, Esq. no later than 30 days from entry of this Order, subject to Mr. Puricelli providing any necessary information or documentation required by the Commonwealth to process this payment.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE