IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HOLT, II | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-5510 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**AND NOW** this 14<u>th</u> day of June, 2023, following upon the memorandum and opinion and order of May 1, 2020, it is hereby **ORDERED** that the Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:


/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge